JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES OTIS ATKINS, | ) Case No. CV 09-6640-DSF (DTB) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| F.B. HAWS (WARDEN), et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 5/3/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE